UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-102-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | ORDER TO SEAL |
| | : | |
| TERRY LASHAVIOUS MCMILLAN | : | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 62 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 27th day of May, 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE